DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLIOTT HALE NEAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1492

[August 2, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 98-4074CF10A.

Elliott Hale Neal, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***